**STATE of Missouri, Respondent,**

v.

**John E. CHILDERS, Sr., Appellant.**

No. ED 82955.

Missouri Court of Appeals,
Eastern District,
Division Three.

Feb. 17, 2004.

Margaret M. Johnston, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Jefferson City, MO, for respondent.

Before CLIFFORD H. AHRENS, P.J., WILLIAM H. CRANDALL, JR., J., and LAWRENCE E. MOONEY, J.

## ORDER

PER CURIAM.

Defendant, John E. Childers, Sr., appeals from the judgment entered after a jury found him guilty of stealing, third offense. Defendant was sentenced to twenty years' imprisonment. No jurisprudential purpose would be served by a written opinion.

The judgment is affirmed. Rule 30.25(b).